JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARJORIE JACKSON,

               Plaintiff,

    v.

HOME DEPOT U.S.A., INC.,

               Defendant.

Case No. 2:26-cv-00269-FLA (Ex)

**ORDER DISMISSING ACTION [DKT. 13]**

1

On February 27, 2026, the parties filed a Stipulation for Dismissal with Prejudice, dismissing the action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Dkt. 13. Having considered the Stipulation for Dismissal with Prejudice, and finding good cause therefor, the court hereby ORDERS:

1.  All dates and deadlines governing this action are VACATED.  Defendant Home Depot U.S.A., Inc.'s Motion to Strike, Dkt. 10, is DENIED as moot.

2.  The court DISMISSES the action with prejudice.

IT IS SO ORDERED.

Dated: March 2, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2